WO

*UNITED STATES DISTRICT COURT*
**DISTRICT OF ARIZONA**

**United States of America**

    **v.**

Roberto Holguin-Gonzalez

USM #

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

**No.** 06-6016M-PHX-DKD

David Lockhart (Appointed)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF** Guilty on 03/07/2006 to a Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE OFFENSE(S) OF** violating Title 8 USC § 1325, IMPROPER ENTRY BY ALIEN, a Class B misdemeanor (a petty offense), as charged in the Complaint

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby sentenced to **TWENTY (20) DAYS** in Custody, with credit for Time Served

**SPECIAL ASSESSMENT:** Remitted  **FINE:** Waived  **RESTITUTION:** None

**THE COURT** FINDS that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

Date of Imposition of Sentence: March 7, 2006

DATED this 8th day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____  By:_____
United States Marshal                                    Deputy Marshal